In the Matter of HONOUR B. GELSON, Respondent, against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.

(Argued September 29, 1931: decided October 13, 1931.)

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly* and *Willard S. Allen* of counsel), for appellant.

*James J. McLoughlin, Peter P. Smith* and *John J. Kane* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.